```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>ATS PRODUCTS, INC., a California corporation, etc.<br><br>　　　　　Defendants. | NO. C 06 2291 MMC<br><br><br><br>STIPULATION FOR <u>DISMISSAL; ORDER</u> |

　　　It is hereby stipulated between the parties that the above entitled action be dismissed with prejudice.

Dated: October 11, 2006　　　　　ERSKINE & TULLEY

　　　　　　　　　　　　　　　By:<u>/s/Michael J. Carroll    </u>
　　　　　　　　　　　　　　　　　Michael J. Carroll
　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs


Dated: October 11, 2006　　　　　ACKERMAN AND KEVORKIAN

　　　　　　　　　　　　　　　By:<u>/s/Michael G. Ackerman   </u>
　　　　　　　　　　　　　　　　　Michael G. Ackerman
　　　　　　　　　　　　　　　　　Attorney for Defendants

1 <u>O R D E R</u>

2      It is so ordered.

3 Dated: October 16, 2006                         _____
4                                                  Honorable Maxine M. Chesney

<u>STIPULATION FOR DISMISSAL; ORDER</u>
2